IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LOUIS ORLANDO HARMON,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:15-cv-0149 |
| **JEFF LONG,** | ) Judge Trauger |
| Respondent. | ) |

## ORDER

Louis Orlando Harmon, a prisoner in state custody, has filed a petition for the writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1), in which he challenges the failure by the criminal court for the 21st Judicial District, Tangipahoa Parish, Amite, Louisiana to "move forward under the interstate compact act which would prevent prolonging & aim closer at resolving matters." (ECF No. 1, at 1.) The petitioner paid the $5.00 filing fee, and his petition is before the court for an initial review. Rule 4, Rules Gov'g § 2254 Cases.

For the reasons explained in the accompanying Memorandum Opinion, the petition filed in this case is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and, alternatively, based on the petitioner's failure to exhaust state-court remedies.

Rule 11 of the Rules Governing § 2254 Cases requires that a district court issue or deny a Certificate of Appealability ("COA") when it enters a final order. Federal Rule of Appellate Procedure 22 provides that an appeal of the denial of a habeas petition may not proceed unless a COA is issued under 28 U.S.C. § 2253. The petitioner here has not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and his claims do not merit further review. The Court therefore **DENIES** a COA.

It is so **ORDERED**.

This is the final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

Aleta A. Trauger
United States District Judge